# SILVERSMITH & ASSOCIATES

**Law Firm, PLLC**
**Attorneys At Law**
**30 Broad Street**
**New York, New York 10004**
www.SilversmithAssociates.com

**ROBERT G. SILVERSMITH**      (212) 922-9300
———
     Telecopier (212) 681-1904
Rachel A. Siskind      ———
Jason Garber

February 2, 2016

**Via ECF**
Honorable Valerie Caproni
U.S. District Court Judge
U.S. District Courthouse
40 Foley Square
New York, New York 10007

     Re: Doncouse v. Lymni Inc. d/b/a The Reformation and 267 Canal Street Corp.
         Case No.: 1:15-cv-9827

Dear Judge Caproni:

     This office has been retained by defendant 267 Canal Street Corp. ("267 Canal") in connection with the above-referenced ADA public accommodation action. We respectfully write to request of the Court an extension of time through March 4, 2016. Preliminary discussions took place between the Plaintiff's counsel last week, and myself on behalf of 267 Canal, and the extension is to allow us to investigate the matter, to properly respond to the complaint and to enter into settlement discussions. This is 267 Canal's first request for an extension, to which the Plaintiff has consented.

     Thank you for your consideration.

                                     Respectfully submitted,

                                     /s/ Robert G. Silversmith

cc: Bradley Marks